IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

```
UNITED STATES OF AMERICA,      }
     Plaintiff,                 }
                                }
vs.                             }   Case No.  05-10105-01 WEB
                                }
TEAUNYA EDWARDS,                }
     Defendant.                 }
_____  }
```

**<u>ORDER FOR STAY OF EXECUTION OF SENTENCE</u>**

NOW on this 8th day of December, 2005, this matter comes on for hearing upon the motion of the defendant, by and through her attorney, Cyd Gilman, Assistant Federal Public Defender for the District of Kansas, for an Order continuing the stay of execution of her sentence until January 2, 2006.

Counsel requests a stay of execution of her sentence from December 12, 2005 to January 2, 2006. Counsel for the government, Alan Metzger, has no objection to the stay of execution.

The Court, after reviewing the motion and being fully advised in the premises finds that defendant Edwards received a letter on December 3, 2005 informing her that she should surrender on December 12, 2005 to the designated facility. She received nine days notice regarding this matter. Defendant Edwards is required to give 14 days notice to her employer to be eligible for rehire by the company after she completes her

period of incarceration. Her ability to be rehired by her employer after serving her sentence of incarceration will be a crucial factor in her success on supervised release. Further, defendant Edwards seeks additional time before she surrenders to serve her sentence so that she can spend the Christmas holiday with her children.

IT IS THEREFORE ORDERED that the defendant be granted a continuance of the stay of execution of her sentence until January 2, 2006.

s/ Wesley E. Brown<br>HONORABLE WESLEY E. BROWN<br>UNITED STATES DISTRICT COURT

JUDGE

APPROVED:


s/Cyd Gilman
CYD GILMAN
Sup. Ct. No. 09942
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Cyd_Gilman@fd.org