IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,      }
    Plaintiff,      }
                     }
vs.                   }      Case No.  05-10105-01 WEB
                     }
TEAUNYA EDWARDS,      }
    Defendant.      }
_____      }

### AMENDED ORDER FOR STAY OF EXECUTION OF SENTENCE

NOW on this 9th day of December, 2005, this matter comes on for hearing upon the motion of the defendant, by and through her attorney, Cyd Gilman, Assistant Federal Public Defender for the District of Kansas, for an amended Order continuing the stay of execution of her sentence until January 3, 2006.

Counsel requests an amended stay of execution of her sentence from December 12, 2005 to January 3, 2006.  Counsel for the government, Alan Metzger, was out of the office, so Debra Barnett of his office was contacted.  She has no objection to the continuance of defendant Edwards' stay of execution.

The Court, after reviewing the motion and being fully advised in the premises finds that defendant Edwards received a letter on December 3, 2005 informing her that she should surrender on December 12, 2005 to the designated facility.  She received nine days notice regarding this matter.  Defendant Edwards is required to give 14 days notice to her employer to be

eligible for rehire by the company after she completes her period of incarceration. Her ability to be rehired by her employer after serving her sentence of incarceration will be a crucial factor in her success on supervised release. Further, defendant Edwards seeks additional time before she surrenders to serve her sentence so that she can spend the Christmas holiday with her children. Defendant had previously requested a stay until January 2, 2006, which was granted by the Court. However, counsel for defendant Edwards has been advised by the Federal Bureau of Prisons that because January 2, 2006 is a federal holiday, defendant Edwards cannot surrender to the designated facility on that date.

IT IS THEREFORE ORDERED that the defendant be granted a continuance of the stay of execution of her sentence until January 3, 2006.

s/ Wesley E. Brown
HONORABLE WESLEY E. BROWN
UNITED STATES DISTRICT COURT

JUDGE

APPROVED:


s/Cyd Gilman
CYD GILMAN
Sup. Ct. No. 09942
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202

2

```
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Cyd_Gilman@fd.org
```