IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-10105-01-WEB |
| | ) |
| TEAUNYA L. EDWARDS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

This matter is before the court on Defendant's Motion for Order recommending halfway house placement before Defendant's release from the Bureau of Prisons. (Doc. 22). The Court has considered the petition for an order recommending Defendant Teaunya Edwards to serve the remainder of her sentence in a halfway house under the provisions of 28 U.S.C. §2241. According to §2241, Defendant must proceed with a habeas motion in the district where he is confined. *Boyce v. Ashcroft*, 251 F.3d 911, (10th Cir. 2001); see *Rumsfeld v. Padilla*, 542 U.S. 426, 124 S.Ct. 2711 (2004) (habeas relief is issuable only in the district of confinement). Defendant is currently in the custody of the Federal Prison Camp in Bryan, Texas located in the Southern District of Texas. This Court does not have jurisdiction to hear Defendant's arguments under 28 U.S.C. §2241. However, the Court has considered the Defendant's arguments and declines to make the recommendation to the BOP.

Accordingly, Defendant's Motion for Order allowing halfway house placement (Doc. 22) is DENIED. IT IS SO ORDERED this 19th Day of September, 2006, at Wichita, KS.

s/Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge
